IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
IN RE:                         )
                               )
CHARLOTTE T. WILLIFORD         )
and KENNETH WILLIFORD,         )
                               )
     Debtors.                  )

CHARLOTTE T. WILLIFORE         )
and KENNETH WILLIFORD,         )
                               )
     Appellants,               )
                               )    CIVIL ACTION NO.
     v.                        )    3:05cv857-MHT
                               )       (WO)
KENNETH L. FUNDERBURK,         )
et al.,                        )
                               )
     Appellees.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that order of the Bankruptcy Court for the Middle District of Alabama, dated July 21, 2005, is affirmed.

It is further ORDERED that costs are taxed against appellants Charlotte T. Williford and Kenneth Williford, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 7th day of September, 2006.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**